| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Argelia E. Salazar** | Social Security number or ITIN **xxx–xx–4732** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: | **16–22146** | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Argelia E. Salazar

October 12, 2016                                **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-22146-ABG
Argelia E. Salazar                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: admin              Page 1 of 2              Date Rcvd: Oct 12, 2016
                                  Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
```
db             +Argelia E. Salazar,    522 E. Clarendon Drive,    Round Lake Beach, IL 60073-2100
24694746       +Arnold Scott Harris,    111 W. Jackson, #600,    Chicago, IL 60604-3517
24694756        Dept of Education/OSLA,    525 Central Park Dr., Ste. 60,    Oklahoma City, OK 73105-1723
24694757        Dish Network LLC,    c/o Allied Interstate LLC,    PO Box 361445,    Columbus, OH 43236-1445
24694758        GET IT NOW LLC,    18 N. County St.,    Waukegan, IL 60085-4304
24694759        Horizon Opportunitie,    c/o Midwest Recovery Systems,    12 Westbury Dr., Ste. D,
                 Saint Charles, MO 63301-2543
24694760       +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
24694761        J. R. S., Inc.,    18 N. County St.,    Waukegan, IL 60085-4304
24694763       +Lakeside Apartments,    4800 Lake Trail Dr.,    Lisle, IL 60532-1437
24694762        Lakeside Apartments,    18 N. County St.,    Waukegan, IL 60085-4304
24694767        T-Mobile,    c/o Enhanced Recovery Corp.,    PO Box 57547,    Jacksonville, FL 32241-7547
24694768       +TCF Bank,    800 Burr Ridge Pkwy.,    Burr Ridge, IL 60527-0865
24694771        Wiconsin Glacier Springs Co.,    c/o Tek-Collect, Inc.,    871 Park St.,
                 Columbus, OH 43215-1441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24694748        EDI: BANKAMER.COM Oct 13 2016 01:18:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
24694747       +EDI: BANKAMER.COM Oct 13 2016 01:18:00      Bank of America,    Bankruptcy Department,
                 CA6-919-0241, PO Box 5170,    Simi Valley, CA 93062-5170
24694749       +EDI: CITICORP.COM Oct 13 2016 01:18:00      Citi,   Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
24694750        EDI: CITICORP.COM Oct 13 2016 01:18:00      Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
24694751       +EDI: CITICORP.COM Oct 13 2016 01:18:00      Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
24694752        EDI: CONVERGENT.COM Oct 13 2016 01:18:00      Comcast,    c/o Convergent Outsourcing Inc.,
                 800 SW 39th St.,    Renton, WA 98057-4975
24694753        E-mail/Text: legalcollections@comed.com Oct 13 2016 01:59:34      Commonwealth Edison,
                 Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
24694755        E-mail/Text: legalcollections@comed.com Oct 13 2016 01:59:34      Commonwealth Edison,
                 PO Box 6111,    Carol Stream, IL 60197-6111
24694754        E-mail/Text: legalcollections@comed.com Oct 13 2016 01:59:34      Commonwealth Edison,
                 Bankruptcy Department,    3 Lincoln Center,    Oak Brook Terrace, IL 60181-4204
24694764       +E-mail/Text: egssupportservices@egscorp.com Oct 13 2016 01:58:31
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
24694766        EDI: NEXTEL.COM Oct 13 2016 01:18:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
                 Overland Park, KS 66207-0949
24694769        EDI: NEXTEL.COM Oct 13 2016 01:18:00      US Cellular,    c/o AFNI, Inc.,    PO Box 3517,
                 Bloomington, IL 61702-3517
24694770        EDI: USCELLULAR.COM Oct 13 2016 01:18:00      US Cellular,    Bankruptcy Department,
                 PO Box 7835,    Madison, WI 53707-7835
24694772        E-mail/Text: ebankruptcy@woodforest.com Oct 13 2016 01:58:49      Wood Forest Bank,
                 9245 W. 159th Street,    Orland Park, IL 60487
24694773       +E-mail/Text: ebankruptcy@woodforest.com Oct 13 2016 01:58:49      Wood Forest Bank,
                 PO Box 7889,    The Woodland, TX 77387-7889
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24694765       ##Peoples Gas,    130 E. Randolph St.,    Chicago, IL 60601-6207
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Oct 12, 2016
                              Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Argelia E. Salazar davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```